IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY CLAYTON                                                                                    PLAINTIFF

v.                                    No. 1:14-cv-128-DPM

APOLLO CREDIT AGENCY, INC. and
DOES 1–10                                                                                      DEFENDANTS

JUDGMENT

Clayton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2015